# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DYVEX INDUSTRIES, INC.,** | : | |
| Plaintiff, | : | |
| v. | : | |
| **AGILEX FLAVORS & FRAGRANCES, INC., et al.,** | : | Civil No. 12-CV-0979 |
| Defendants and Third Party Plaintiffs, | : | (JUDGE MANNION) |
| v. | : | |
| **BUSS, INC. & FRANK MANCHIO,** | : | |
| Third Party Defendants | : | |

## ORDER

**IT IS HEREBY ORDERED**:

1. The motion to dismiss filed by third-party defendant Frank Manchio, (Doc. No. 17), is **GRANTED IN ITS ENTIRETY**.

2. To the extent third-party plaintiffs intended to plead direct liability claims, the motion to dismiss those claims, (Doc. No. 17), is **GRANTED**.

3. The motion to dismiss the indemnity claims, (Doc. No. 17), is **GRANTED** because third-party plaintiffs concede to their dismissal.

4. The motion to dismiss the contribution claims, (Doc. No. 17), is **GRANTED** with respect to the breach of contract and breach of

warranty claims because third-party plaintiffs concede to their dismissal.

5. The motion to dismiss the request for punitive damages, (Doc. No. 17), is **GRANTED** as to all claims because the motion is unopposed in this regard.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE:** August 26, 2013
O:\Mannion\shared\MEMORANDA - DJ\2012 MEMORANDA\12-979-01-ORDER.wpd