# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DYVEX INDUSTRIES, INC.,** | : | |
| Plaintiff, | : | |
| v. | : | |
| **AGILEX FLAVORS &** | : | Civil No. 12-CV-0979 |
| **FRAGRANCES, INC., et al.,** | : | |
| Defendants and | : | (JUDGE MANNION) |
| Third Party Plaintiffs, | : | |
| v. | : | |
| **FRANK MANCHIO,** | : | |
| Third Party Defendant | : | |

## ORDER

Based on the foregoing memorandum, **IT IS HEREBY ORDERED**:

1. The motion for summary judgment filed by third-party defendant Frank Manchio, (Doc. No. 69), is **GRANTED** and the remaining third-party claims of third-party plaintiffs Agilex against him individually are **DISMISSED**; and

2. Third-party defendant Manchio is **DISMISSED** from this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: December 4, 2015**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2012 MEMORANDA\12-979-02-ORDER.wpd