## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DYVEX INDUSTRIES, INC.,** | : | |
| Plaintiff, | : | Civil No. 12-CV-0979 |
| v. | : | (JUDGE MANNION) |
| **AGILEX FLAVORS & FRAGRANCES, INC., et al.,** | : | |
| | : | |
| **Defendants** | | |

## ORDER

Based on the foregoing memorandum, **IT IS HEREBY ORDERED THAT**:

1. The motion for partial summary judgment filed by Agilex defendants, (Doc. 100), regarding plaintiff Dyvex's claim for punitive damages, (Count V), is **GRANTED** and;

2. **JUDGMENT** is **ENTERED** in favor of Agilex defendants and against plaintiff Dyvex on its claim for punitive damages.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: February 12, 2018**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2012 MEMORANDA\12-979-04-ORDER.wpd