**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DYVEX INDUSTRIES, INC.,** | : | |
| Plaintiff, | : | Civil No. 12-CV-0979 |
| v. | : | (JUDGE MANNION) |
| **AGILEX FLAVORS & FRAGRANCES, INC., et al.,** | : | |
| Defendants | : | |

## ORDER

Based on the foregoing memorandum, **IT IS HEREBY ORDERED THAT**:

1. The motion for summary judgment filed by Agilex defendants, (Doc. 106), based on spoliation of evidence by plaintiff Dyvex, is **GRANTED IN PART** and **DENIED IN PART**.

2. Agilex's motion for summary judgment, (Doc. 106), is **DENIED** insofar as Agilex seeks the dismissal of Dyvex's remaining claims.

3. Agilex's motion for summary judgment, (Doc. 106), is **GRANTED** insofar as Agilex seeks an adverse jury instruction at trial regarding the spoliation inference.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: February 27, 2018**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2012 MEMORANDA\12-979-05-ORDER.wpd