# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DYVEX INDUSTRIES, INC.,** | : | |
| **Plaintiff,** | : | Civil No. 12-CV-0979 |
| v. | : | (JUDGE MANNION) |
| **AGILEX FLAVORS & FRAGRANCES, INC., et al.,** | : | |
| **Defendants** | : | |

## ORDER

Based on the foregoing memorandum, **IT IS HEREBY ORDERED THAT**:

1. The motion for partial summary judgment filed by plaintiff Dyvex, (Doc. 93), is **GRANTED IN ITS ENTIRETY**.

2. Agilex defendants are **PRECLUDED** from raising any defenses to Dyvex's claims based OSHA regulations and all of the other safety standards stated in the court's memorandum, including building and fire codes, and based on the insurance contract, as well as any relationship, between Dyvex and Nationwide.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: February 28, 2018**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2012 MEMORANDA\12-979-06-ORDER.wpd