**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

**DYVEX INDUSTRIES, INC.,**                  :

    **Plaintiff,**                                    :                **Civil No. 12-CV-0979**

        **v.**                                        :                **(JUDGE MANNION)**

**AGILEX FLAVORS &**                         :
**FRAGRANCES, INC., et al.,**
                                             :
    **Defendants**

## ORDER

   Based on the foregoing Memorandum, **IT IS HEREBY ORDERED THAT**:

The motion to preclude Wendell D. Rust from testifying at trial filed by plaintiff Dyvex, (Doc. 94), is **GRANTED IN PART** and **DENIED IN PART**, as specified in the Memorandum accompanying this Order.


s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: March 22, 2018**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2012 MEMORANDA\12-979-07-ORDER.wpd