# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**DYVEX INDUSTRIES, INC.,** :

   **Plaintiff,** :    **Civil No. 12-CV-0979**

   v. :    **(JUDGE MANNION)**

**AGILEX FLAVORS &** :
**FRAGRANCES, INC., et al.,**
                                   :

   **Defendants**

## ORDER

Based on the foregoing memorandum, **IT IS HEREBY ORDERED THAT**:

**1.** The motion for summary judgment filed by Agilex defendants, (Doc. 101), is **GRANTED IN PART AND DENIED IN PART**.

**2.** Agilex's motion is **GRANTED** regarding plaintiff Dyvex's breach of contract claim, (Count II), and, **JUDGMENT** is entered in favor of Agilex and against Dyvex on this claim.

**3.** Agilex's motion is **DENIED** with respect to Dyvex's negligence claim, (Count I), and with respect to Dyvex's strict liability claim,

(Count IV), and these two claims will **PROCEED** to trial.[1]

                                               s/ *Malachy E. Mannion*
                                               **MALACHY E. MANNION**
                                               **United States District Judge**

**DATE: March 22, 2018**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2012 MEMORANDA\12-979-08-ORDER.wpd

---

[1] The court will schedule the final pre-trial conference by separate Order.