# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**DYVEX INDUSTRIES, INC.,** :

   **Plaintiff,** :    Civil No. 12-CV-0979

   v. :    (JUDGE MANNION)

**AGILEX FLAVORS &** :
**FRAGRANCES, INC., et al.,**
                                      :

   **Defendants**

## ORDER

Based on the foregoing Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The motion of Agilex to preclude Alex Profka from testifying at trial and giving his opinions on behalf of Dyvex, **(Doc. 98)**, is **DENIED**, and Agilex's motion is **DENIED** to the extent that it seeks summary judgment.

2. The motion of Agilex to preclude Christian Rauwendaal from testifying at trial and giving his opinions on behalf of Dyvex, **(Doc. 104)**, is **DENIED**, and Agilex's motion is **DENIED** to the extent that it seeks summary judgment.

                                            s/ *Malachy E. Mannion*
                                            **MALACHY E. MANNION**
                                            **United States District Judge**

**DATE: March 22, 2018**