# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DYVEX INDUSTRIES, INC.,** | : | |
| **Plaintiff,** | : | Civil No. 12-CV-979 |
| v. | : | (JUDGE MANNION) |
| **AGILEX FLAVORS & FRAGRANCES, INC., et al.,** | : | |
| | : | |
| **Defendants** | | |

## ORDER

In accordance with the Memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

1. Dyvex's motion for reconsideration, **(Doc. 160)**, is **DENIED**.

2. The court's February 27, 2018 Memorandum and Order, **(Doc. 154, Doc. 155)**, shall remain in full effect.

S/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: May 15, 2018**