# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**DYVEX INDUSTRIES, INC.,** :

   **Plaintiff,** :    Civil No. 12-CV-0979

   v. :    (JUDGE MANNION)

**AGILEX FLAVORS &** :
**FRAGRANCES, INC.,** *et al.*,
                              :

   **Defendants**

## ORDER

Based on the foregoing memorandum, **IT IS HEREBY ORDERED THAT**:

**1.** Agilex's motion for reconsideration of the court's February 28, 2018 Memorandum and Order, **(Doc. 158)**, is **DENIED**.

**2.** Agilex's motion for reconsideration of the court's March 22, 2018 Memorandum and Order, **(Doc. 172)**, is **DENIED**.

**3.** The court's February 28, 2018 and March 22, 2018 decisions shall not be altered.

**4.** Agilex's request that the court certify this case for an interlocutory appeal pursuant to §1292(b) is **DENIED**.

                                                      s/ *Malachy E. Mannion*
                                                      **MALACHY E. MANNION**
                                                      **United States District Judge**

**DATE: September 18, 2018**